**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02846-RTG

DAVID ZOCINO ROMERO QUISPE,

Applicant,

v.

WARDEN, Denver Contract Detention Facility,
GEORGE VALDEZ,
TODD LYONS,
MARKWAYNE MULLIN, and
TODD B.,

Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

In response to the Court's Order Directing Applicant to Cure Deficiencies (ECF No. 3) Applicant tendered to the Court a check in the amount of $5.00 to pay the filing fee. (*See* ECF No. 4.) However, the District of Colorado's Finance Department has informed the Court that Applicant's check has been returned—*i.e.*, the check has "bounced."

Applicant will be given one more opportunity to cure the deficiencies and must do so on or before July 31, 2026. In order to cure the deficiencies Applicant must either pay the $5.00 filing fee or file on the proper form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action along with a certificate showing the balance in his inmate account. Applicant is reminded that the action will be dismissed without further notice if he fails to cure the deficiencies within the time allowed.

Dated: July 2, 2026

---