IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02846-PAB

DAVID ZOCIMO ROMERO QUISPE,

Petitioner,

v.

WARDEN, Denver Contract Detention Facility, et al.,

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 18] of Judge Philip A. Brimmer entered on August 3, 2026, it is

ORDERED that the application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Docket No. 1] is GRANTED. It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 6th day of August, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
Deputy Clerk